Sucesores de L. Villamil & Cía., S. en C., demandante y apelante, *v.* Francisco Cintrón Muñoz, demandado y apelado.

No. 3876.—*Visto:* Junio 10, 1926.    *Resuelto:* Julio 29, 1926.

1. Apelación y Error—Decisiones Sujetas a Revisión—Cuantía o Valor en Litigio—Casos Originados en las Cortes Municipales—Frutos e Intereses.—La exclusión de frutos o intereses, según el inciso 2 del artículo 295 del Código de Enjuiciamiento Civil, se refiere tanto al valor de la cosa reclamada como a la cuantía de la sentencia.

2. Apelación y Error—Desestimación, Retiro y Abandono—Fundamentos de Desestimación—Falta de Jurisdicción Apelativa.—Apelada sentencia de una corte de distrito que desestimó apelación interpuesta para ante ella en pleito originado en la corte municipal, si el valor de la cosa reclamada, sin comprender intereses, no excede de $300, el Supremo carece de jurisdicción para conocer de dicha apelación y ella debe ser desestimada.

Moción sobre desestimación de apelación presentada por el apelado. *Desestimada la apelación interpuesta.*

*Adrián Agosto,* abogado de la apelante; *Antonio L. López,* abogado del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Este pleito fué iniciado en la Corte Municipal de Caguas para el cobro de un pagaré de $273.61 y además para cobrar $82.08 por intereses vencidos. Dictada sentencia declarando sin lugar la demanda fué apelada para ante la Corte de Distrito de Humacao la que a instancia del apelado dictó sentencia desestimando la apelación por no haber cumplido el apelante con cierto requisito para perfeccionarla, sentencia que ha sido apelada para ante nosotros y que el apelado solicita que desestimemos porque la cuantía del pleito no nos da jurisdicción para resolverla.

[1, 2] Dispone el artículo 295 del Código de Enjuiciamiento Civil que podrá establecerse apelación para ante el

Tribunal Supremo de sentencia de una corte de distrito dictada en apelación interpuesta contra resolución de una corte inferior, dentro de los quince días después de registrada dicha sentencia, si el valor de la cosa reclamada o cuantía de la sentencia sin comprender frutos o intereses, excediera de $300. La exclusión de frutos o intereses se refiere tanto al valor de la cosa reclamada como a la cuantía de la sentencia. Este Tribunal Supremo, en el caso de *González* v. *Pirazzi,* 16 D.P.R. 8, después de referirse al número 2°. del artículo 295 citado dijo lo siguiente:

"Y cuando la dicha cuantía excede de trescientos dollars, sin comprender frutos o intereses, de la sentencia dictada por la corte de distrito, se puede apelar para ante este Tribunal Supremo."

En el caso presente el valor de la cosa reclamada sin comprender los intereses es sólo de $273.61 y por tanto carecemos de jurisdicción para conocer de esta apelación y debe ser desestimada.